*WHEN RECORDED MAIL TO:*

THOMASSON PLLC
Zachary Z. Zermay (SBN 330221)
16414 San Pedro Avenue, Suite 700
San Antonio, TX 78232-2272
(305) 209-2504
Zach@Thomassonpllc.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CACHO<br><br>                              PLAINTIFF(S),<br>v.<br><br>UNITED TAX DEFENSE LLC and<br>GARY CRAIG<br><br>                              DEFENDANT(S). | CASE NUMBER:<br><br>CV 8:25-mc-00004-UA<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on January 15, 2025 in favor of JOSHUA CACHO whose address is c/o Thomasson PLLC, 16414 San Pedro Avenue, Suite 700, San Antonio, TX 78232-2272 and against GARY CRAIG whose last known address is 2062 VALLEY ROAD, COSTA MESA, CA 92627-4042 for $76,052.00   Principal, $75,500.00   Interest, $552.00   Costs, and $0   Attorney Fees.

ATTESTED this 3rd day of March, 2025.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

GARY CRAIG
2062 VALLEY ROAD
COSTA MESA, CA 92627-4042

CLERK, U.S. DISTRICT COURT

By _____
        Deputy Clerk

1162

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER



# THOMASSON
CONSUMER PROTECTION LAWYERS
350 Springfield Avenue, Suite 200
Summit, NJ 07901



SAN ANTONIO TX 78
25 FEB 2025 PM 3 L

$0.69
US POSTAGE
FIRST-CLASS
FROM 78232
02/24/2025
Stamps

processing

Clerk of Court
UNITED STATES DISTRICT COURT
Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 3 2025

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

9270184516 C013
92701-451653